No. 80–272. T. F. H. PUBLICATIONS, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 80–279. RIEGEL TEXTILE CORP. v. GRYC, BY GRYC, ET AL. Sup. Ct. Minn. Certiorari denied.

No. 80–282. YOW v. AMERICAN HOME ASSURANCE Co. C. A. 4th Cir. Certiorari denied.

No. 80–285. CHVOSTA v. PIERRE ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–287. SHEMITZ v. DEERE & Co., INC. C. A. 7th Cir. Certiorari denied.

No. 80–288. SHUFFMAN, EXECUTRIX v. HARTFORD TEXTILE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–303. RENFRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–312. BONO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–570. STROOM v. CIVILETTI, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari before judgment denied.

No. 80–5037. GREER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80–5050. JOHNS v. NANAWALE COMMUNITY ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–5069. MATA v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.